
RECEIVED
IN MONROE, LA
MAR 0 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JEAN M. LAURENT** | **CIVIL ACTION NO. 06-1601** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **DIRECTOR, IMMIGRATION & CUSTOMS ENFORCEMENT, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 15], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is DISMISSED WITH PREJUDICE as MOOT.

MONROE, LOUISIANA, this ___1___ day of March, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE